WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AAA Arizona Inc., <br><br> Plaintiff, <br><br> v. <br><br> American Commerce Insurance Company, a Massachusetts company, et al., <br><br> Defendants. | NO. CIV-05-1426-PHX-SMM <br><br> **ORDER** |

On February 8, 2007, the instant case was assigned to this Court by random lot. (Dkt. 156.) All parties in the case are hereby informed that myself and my wife are members of AAA Arizona. We have no insurance with the company beyond what is afforded as part of the basic membership, such as towing insurance. A status conference is necessary in order to discuss, *inter alia*, the parties' opinion of the Court's AAA Arizona membership. Accordingly,

**IT IS HEREBY ORDERED** that a status conference shall be held before the Honorable Stephen M. McNamee on March 12, 2007 at 2:00 p.m., in Courtroom 605 at 401 W. Washington Street, Phoenix, Arizona.

1  **IT IS FURTHER ORDERED** that, at the March 12, 2007 status conference,
2  counsel for each of the parties shall be prepared to discuss the opinion(s) of his or her
3  client with respect to the Court's AAA Arizona membership.

4  DATED this 20th day of February, 2007.

Stephen M. McNamee
United States District Judge