**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AAA ARIZONA, INC., an Arizona corporation, | No. CIV 05-1426-PHX-SMM |
| Plaintiff/Counterdefendant, | **ORDER** |
| v. | |
| AMERICAN COMMERCE INSURANCE COMPANY, an Ohio corporation, | |
| Defendants/Counterclaimant. | |
| AMERICAN COMMERCE INSURANCE COMPANY, an Ohio corporation, | |
| Third-Party Plaintiff, | |
| v. | |
| D. James McDowell, an Arizona resident, and Joanne Tenney McDowell, husband and wife, | |
| Third-Party Defendants. | |

Pending before the Court is Defendant American Commerce Insurance Company's ("ACIC") Motion to Modify the Confidentiality Order (Doc. 113) previously entered by this court.

The Order provides in pertinent part,

6.    Except with prior written consent of the Producing Party, **no Confidential Material may be disclosed to any person**, and copies of Confidential Material may not be made by, maintained by or put in the possession, custody, or control of, any persons other than:

a. **Outside counsel of record for each party, their legal associates, their paralegals and their office staff**. For the purposes of this provision, "office staff" shall include independent copying or duplicating services.

b. **Outside experts and consultants retained for the purpose of assisting in the preparation of this action or for the purpose of testifying by deposition or at the trial of this matter**; provided, however, that prior to disclosing any Confidential Material to any such expert or consultant, the party intending to disclose shall obtain from each such person his or her signature...(Doc. 61)(Emphasis added).

In light of the fact that CSAA has informed counsel for ACIC that it does not object to sharing confidential information and documents with non-outside director witnesses, jury consultants, and mock juries, the motion is **GRANTED** insofar as those individuals are concerned. (Doc. 121). However, as to ACIC's outside directors, the Court finds that the potential harm to CSAA outweighs ACIC's possible need for the information. The Court finds it significant that the parties freely entered into this agreement with the knowledge that no Confidential Material may be disclosed to any directors regardless of whether they were inside or outside directors. Therefore, the motion is **DENIED** insofar as ACIC requests that its outside directors be allowed to review documents and other information designated confidential by CSAA, AAA-Arizona, or James McDowell.

Accordingly,

**IT IS HEREBY ORDERED GRANTING in part and DENYING in part** Defendant American Commerce Insurance Company's Motion to Modify the Confidentiality Order previously entered by this court (Doc. 113).

**IT IS FURTHER ORDERED GRANTING** the motion (Doc. 113) as to non-outside director witnesses, jury consultants, and mock juries.

**IT IS FURTHER ORDERED DENYING** the motion (Doc. 113) as to outside directors of ACIC.

DATED this 16th day of April, 2007.

Stephen M. McNamee
United States District Judge