**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AAA ARIZONA, INC., an Arizona corporation,<br><br>        Plaintiff/Counterdefendant,<br><br>v.<br><br>AMERICAN COMMERCE INSURANCE COMPANY, an Ohio corporation,<br><br>        Defendants/Counterclaimant.<br>_____<br>AMERICAN COMMERCE INSURANCE COMPANY, an Ohio corporation,<br><br>        Third-Party Plaintiff,<br><br>v.<br><br>D. James McDowell, an Arizona resident, and Joanne Tenney McDowell, husband and wife,<br><br>        Third-Party Defendants. | No. CIV 05-1426-PHX-SMM<br><br>**ORDER** |

      Pending before the Court is Defendant American Commerce Insurance Company's ("ACIC") Motion to Amend the Confidentiality Order or, in the Alternative, Request to Continue the Trial (Doc. 144).

      In light of the Court's most recent Order in this case (Doc. 163), the pending Motion to Amend the Confidentiality Order is **MOOT** as to the request to modify the Confidentiality Order. Any changes permitted by the Court have been set forth in the Order entered April 16,

1  2007. (Doc. 163)

2  Furthermore, because the February trial date has previously been vacated, Defendant's
3  request to Continue the trial date from February 27, 2007, is also **MOOT**.

4  Accordingly,

5  **IT IS HEREBY ORDERED DENYING as MOOT** Defendant American Commerce
6  Insurance Company's Motion to Amend the Confidentiality Order or, in the Alternative, Request
7  to Continue the Trial. (Doc 144).

8  DATED this 17th day of April, 2007.

_____
Stephen M. McNamee
United States District Judge