**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AAA ARIZONA, INC., an Arizona corporation, | No. CIV 05-1426-PHX-SMM |
| Plaintiff/Counterdefendant, | **ORDER** |
| v. | |
| AMERICAN COMMERCE INSURANCE COMPANY, an Ohio corporation, | |
| Defendants/Counterclaimant. | |
| AMERICAN COMMERCE INSURANCE COMPANY, an Ohio corporation, | |
| Third-Party Plaintiff, | |
| v. | |
| D. James McDowell, an Arizona resident, and Joanne Tenney McDowell, husband and wife, | |
| Third-Party Defendants. | |

Based on the stipulation of the parties, and good cause appearing, it is hereby ordered clarifying for the record that the date for filing Motions in Limine was December 14, 2007. All other dates remain the same.

DATED this 18th day of December, 2007.

_____
Stephen M. McNamee
United States District Judge