**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AAA ARIZONA, INC., an Arizona corporation,<br><br>　　　　Plaintiff/Counterdefendant,<br><br>v.<br><br>AMERICAN COMMERCE INSURANCE COMPANY, an Ohio corporation,<br><br>　　　　Defendants/Counterclaimant.<br>_____<br>AMERICAN COMMERCE INSURANCE COMPANY, an Ohio corporation,<br><br>　　　　Third-Party Plaintiff,<br><br>v.<br><br>D. James McDowell, an Arizona resident, and Joanne Tenney McDowell, husband and wife,<br><br>　　　　Third-Party Defendants. | No. CIV 05-1426-PHX-SMM<br><br>**ORDER** |

　　　Having reviewed the parties' stipulation (Doc. 196) and good cause appearing,

　　　**IT IS HEREBY ORDERED GRANTING** the stipulation (Doc. 196).

　　　**IT IS FURTHER ORDERED** that the Court directs the Clerk of the Court to place ACIC's Motion in Limine No. 1 (Doc. 183) under seal.

　　　DATED this 26th day of December, 2007.

_____
Stephen M. McNamee
United States District Judge