**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| AAA Arizona, Inc., an Arizona Corporation,<br><br>　　　　Plaintiff/Counterdefendant,<br>v.<br><br>American Commerce Insurance Company, an Ohio Corporation,<br><br>　　　　Defendant/Counterclaimant.<br>_____<br><br>American Commerce Insurance Company, an Ohio Corporation,<br><br>　　　　Third-party Plaintiff,<br>V.<br><br>D. James McDowell, Joanne Tenney McDowell, husband and wife,<br><br>　　　　Third-Party Defendants.<br>_____ | No. CIV 05-1426-PHX-SMM<br><br>**ORDER** |

　　　　Pursuant to AAA's Unopposed Motion for Leave to File its Amended Motion In Limine #4 (Doc. 194) and for good cause appearing,

　　　　**IT IS HEREBY ORDERED GRANTING** AAA's Motion To File Motion In Limine #4: To Exclude Expert Testimony By Robert Mroz (Doc. 194).

　　　　**IT IS FURTHER ORDERED** that the Clerk of the Court shall file the Lodged Proposed Motion In Limine #4: To Exclude Expert Testimony By Robert Mroz (Doc. 195).

　　　　DATED this 26th day of December, 2007.

_____
Stephen M. McNamee
United States District Judge