**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AAA Arizona, Inc., an Arizona Corporation,<br><br>        Plaintiff/Counterdefendant,<br>v.<br><br>American Commerce Insurance Company, an Ohio Corporation,<br><br>        Defendant/Counterclaimant.<br><br>American Commerce Insurance Company, an Ohio Corporation,<br><br>        Third-party Plaintiff,<br>V.<br><br>D. James McDowell, Joanne Tenney McDowell, husband and wife,<br><br>        Third-Party Defendants. | No. CIV 05-1426-PHX-SMM<br><br>**ORDER** |

      Pending before the Court is ACIC's Motion to Strike (Doc. 213) Non-Party CSAA's Notice of No Agreement on Confidentiality Issues. After carefully reviewing the motion, it is clear that the motion was in fact a reiteration of the remarks made by counsel for CSAA during the February 2, 2008 hearing. In other words, there were no new arguments set forth, nor any novel issues raised by CSAA in the Notice. Therefore, the Court finds it unnecessary to strike the Notice, as no harm will befall any parties simply because CSAA's counsel's words have been memorialized in such a format.

      Furthermore, the Court finds that in order to encourage full participation in the mediation, the Court will lift the seal solely as to the mediator who will facilitate the mediation.

If it finds it necessary or appropriate, the Court will revisit the issue of lifting the seal as to outside directors or others, at a later date.

Accordingly,

**IT IS HEREBY ORDERED DENYING** ACIC's Motion to Strike (Doc. 213) Non-Party CSAA's Notice of No Agreement on Confidentiality Issues.

**IT IS FURTHER ORDERED** that the seal will be lifted solely for the use of the mediator during the course of mediation.

DATED this 22nd day of February, 2008.

Stephen M. McNamee
United States District Judge

- 2 -