**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AAA ARIZONA, INC., an Arizona corporation,<br><br>     Plaintiff/Counterdefendant,<br><br>v.<br><br>AMERICAN COMMERCE INSURANCE COMPANY, an Ohio corporation,<br><br>     Defendants/Counterclaimant.<br>_____<br>AMERICAN COMMERCE INSURANCE COMPANY, an Ohio corporation,<br><br>     Third-Party Plaintiff,<br><br>v.<br><br>D. James McDowell, an Arizona resident, and Joanne Tenney McDowell, husband and wife,<br><br>     Third-Party Defendants. | No. CIV 05-1426-PHX-SMM<br><br>**ORDER** |

Pending before the Court is the parties' Stipulation for Dismissal with Prejudice. After consideration of the parties' Stipulation,

**IT IS HEREBY ORDERED GRANTING** the parties' Stipulation for Dismissal with Prejudice. This matter is dismissed with prejudice, each party to bear its own costs and attorneys' fees incurred in connection with this case.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall close this case.

DATED this 23rd day of May, 2008.

_____
Stephen M. McNamee
United States District Judge